THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK H. LEHMAN, Appellant, against FREDERICK L. MOOREHEAD, as Warden of the City Prison, Brooklyn, Respondent.

(Argued September 29, 1936; decided October 13, 1936.)

*Howard Hilton Spellman, Benjamin F. Spellman* and *S. Philip Cohen* for appellant.

*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Order affirmed; no opinion. (See 272 N. Y. 640.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.